PER CURIAM.

(No. 74-CC-255—Claimant

AMERICAN PETROFINA CO. of TEXAS, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed January 31, 1974.*

AMERICAN PETROFINA CO. OF TEXAS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-262—Claimant

CHARLES KLINE, JAMES CHRISTISON, AND RUSSELL FLYNN, Claimants, vs. STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed January 31, 1974.*

CHARLES KLINE, JAMES CHRISTISON, AND RUSSELL FLYNN, Claimants, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.